# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 16847-1
Account    # 0298
Invoice    # 316045
Liddy      # 272781-1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Angel A. Garcia, a single man,

                                    Plaintiff(s),

vs

AVH Mortgage, LLC, an Arizona limited liability company, et al.,

                                    Defendant(s).

**CERTIFICATE OF SERVICE BY PRIVATE PROCESS SERVER**
Case No. CV-18-02590-PHX-JZB

**ORIGINAL**

**ENTITY/PERSON TO BE SERVED:** AVH Mortgage, LLC c/o Registered Agent Solutions, Inc., Statutory Agent

**PLACE OF SERVICE:** 300 W. Clarendon Ave., Suite 240, Phoenix, AZ 85013

**DATE OF SERVICE:** On the __24th__ day of __August__, 2018 at __10:01__ AM    County __Maricopa__

[ ] PERSONAL SERVICE  [X] Left a copy with a person authorized to accept service.  [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**: Served on Registered Agent Solutions, Inc., Statutory Agent, by serving Melinda Pierce, Customer Service Representative, authorized to receive and accept service of process in the State of Arizona by Registered Agent Solutions, Inc.

on __08/23/2018__ we received the following documents for service:
Summons in a Civil Action, Complaint, Consent to Exercise of Jurisdiction by a United States Magistrate Judge, and Notice to Parties- Mandatory Initial Discovery Pilot Project

**Received from BONNETT FAIRBORN FRIEDMAN & BALINT, P.C., ( C. K. DYKSTRA #012465 )**

PROCESS SERVER: Floyd R. Brown #8388

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _Floyd R Brown_    Date: 8/27/2018

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Minimum Mileage | $16.00 |
| Doc. Prep Fee | $10.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total    $42.00