# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 16847-1
Account # 0298
Invoice # 316046
Liddy # 272781-2

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Angel A. Garcia, a single man,

|  |  |
|---|---|
| **Plaintiff(s),** | AMENDED |
| vs | **CERTIFICATE OF SERVICE** |
| **AVH Mortgage, LLC, an Arizona limited liability company, et al.,** | **BY PRIVATE PROCESS SERVER** |
| **Defendant(s).** | **Case No. CV-18-02590-PHX-JZB** |

**ENTITY/PERSON TO BE SERVED:** LoanDepot.com, LLC c/o Registered Agent Solutions, Inc., Statutory Agent

**PLACE OF SERVICE:** 300 W. Clarendon Ave., Suite 240, Phoenix, AZ 85013

**DATE OF SERVICE:** On the ___24th___ day of ___August___ , 2018 at ___10:01___ AM    County __Maricopa__

| ☐ PERSONAL SERVICE | ☒ Left a copy with a person authorized to accept service. | ☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein. |
|---|---|---|

| **Name of Person Served and Relationship/Title** | Served on Registered Agent Solutions, Inc., Statutory Agent, by serving Melinda |
|---|---|
| : | Pierce, Customer Service Representative, authorized to receive and accept service |
|  | of process in the State of Arizona by Registered Agent Solutions, Inc. |

on ____08/23/2018____ we received the following documents for service:

Summons in a Civil Action, Complaint, Consent to Exercise of Jurisdiction by a United States Magistrate Judge, and Notice to Parties- Mandatory Initial Discovery Pilot Project

**Received from BONNETT FAIRBORN FRIEDMAN & BALINT, P.C., ( C. K. DYKSTRA #012465 )**

PROCESS SERVER: __Floyd R. Brown #8388__

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: *Floyd R Brown*    Date: 8/31/2018

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Doc. Prep Fee | $10.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

| Total | $26.00 |
|---|---|