Tracy A. Miller, SBN 015920
Douglas (Trey) Lynn, SBN 028054
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:  (602) 778-3700
Tracy.Miller@ogletreedeakins.com
Trey.Lynn@ogletreedeakins.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A. Garcia, a single man, | No. 2:18-cv-02590-JZB |
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE OF DISCOVERY** |
| AVH Mortgage, LLC, an Arizona limited liability company; LoanDepot.com, LLC, a Delaware limited liability company,, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant AVH Mortgage, LLC and

LoanDepot.com, LLC ("Defendants) served Defendant's Mandatory Initial Discovery

Responses on Plaintiff's counsel by email and first class mail on November 5, 2018.

//

//

//

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

1

2          DATED this 5th day of November 2018.

3                                    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

4

5                              By: s/ Douglas (Trey) Lynn
                                   Tracy A. Miller
6                                  Douglas (Trey) Lynn
                                   2415 East Camelback Road, Suite 800
7                                  Phoenix, Arizona 85016
                                   Attorneys for Defendants
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Law Offices of
BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Ty D. Frankel (AZ Bar No. 027179)
tfrankel@bffb.com

Law Offices of
BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, P.C.
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 756-7748
Patricia N. Syverson (AZ Bar No. 020191)
psyverson@bffb.com


s/ Susan Stimson

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

3