IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A. Garcia,<br><br>               Plaintiff,<br><br>v.<br><br>AVH Mortgage LLC, et al.,<br><br>               Defendants. | No. CV-18-02590-PHX-JZB<br><br>**ORDER** |

The parties in this case have requested a settlement conference to facilitate resolution of the case (Doc. 23), and good cause appearing,

**IT IS ORDERED** that this matter be assigned by random lot to Magistrate Judge Deborah M. Fine, for the purpose of conducting a settlement conference only. The parties are instructed to contact Magistrate Judge Fine's chambers at 602-322-7630 within ten (10) days of the date of this order to schedule the settlement conference.

Dated this 30th day of November, 2018.

Honorable John Z. Boyle
United States Magistrate Judge