IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MATTER – GENERAL

Phoenix/Prescott Division

Case No.:  CV-18-2590-PHX-JZB          DATE:  January 24, 2019

Title:  *Garcia* v. <u>AVH Mortgage LLC, et al.</u>
         Plaintiff     Defendants

---

HONORABLE DEBORAH M. FINE (70CD)

Deputy Clerk:            A. Herrera
Court Reporter/ECR:      NA

**APPEARANCE**:
Ty Frankel for Plaintiff
Tracy Miller for Defendants

---

PROCEEDINGS:     ___ Open Court     _X_ Chambers     ___ Other

Telephonic Status Conference held.  Court and counsel had discussion about settlement conference procedures.  Insurer representative may be present by telephone and defense counsel will make the arrangements for such.


Begin:  9:30 AM
End:  9:51 AM
Time in court:  21 mins.