# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A. Garcia, a single man,<br><br>    Plaintiff,<br><br>v.<br><br>AVH Mortgage, LLC, an Arizona limited liability company; LoanDepot.com, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 2:18-cv-02590-JZB<br><br>**ORDER MODIFYING SCHEDULING ORDER REGARDING EXPERT DEADLINES ONLY** |

Pursuant to Stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED modifying the scheduling order (Doc. 21) as follows:

a. Plaintiff(s) shall provide full and complete expert disclosures, as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, no later than April 29, 2019.

b. Defendant(s) shall provide full and complete expert disclosures, as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, no later than May 27, 2019.

c. Rebuttal expert disclosures, if any, shall be made no later than June 24, 2019.

d. Expert depositions shall be completed no later than August 5, 2019.