# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A Garcia, | No. CV-18-02590-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| AVH Mortgage LLC, et al., | |
| Defendants. | |

Pending before the Court is the parties' "Stipulation to Modify Scheduling Order Regarding Expert Deadlines Only." (Doc. 28.) The parties seek to extend the deadlines relating to experts for an additional 45 days to "focus their attention on a potential resolution and [] to avoid expending resources on potentially hiring experts that could take away from the ability to resolve the case." (*Id*.) The Court will grant the parties' Stipulation.

Accordingly,

**IT IS ORDERED**:

1. The Stipulation (Doc. 28) is **granted**.
2. The deadlines in this matter are extended as follows:
   - Plaintiff shall provide full and complete expert disclosures, as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, no later than **April 29, 2019**.
   - Defendants shall provide full and complete expert disclosures, as

required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, no later than **May 27, 2019**.

- Rebuttal expert disclosures, if any, shall be made no later than **June 24, 2019**.
- Expert depositions shall be completed no later than **August 5, 2019**.

3. All other deadlines and orders in the Court's November 13, 2018 Scheduling Order are affirmed.

Dated this 13th day of March, 2019.

Honorable John Z. Boyle
United States Magistrate Judge