# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A. Garcia, a single man,<br><br>Plaintiffs,<br><br>vs.<br><br>AVH Mortgage, LLC, an Arizona limited liability company; LoanDepot.com, LLC, a Delaware limited liability company,,<br><br>Defendants. | No. CV-18-02590-PHX-JZB<br><br>**[PROPOSED] ORDER** |

The parties in this case have requested that the case be referred back to Magistrate Judge Deborah M. Fine for the limited purpose of seeking Judge Fine's assistance by telephone to assist with the negotiation.

**IT IS ORDERED** that this matter be assigned to Magistrate Judge Deborah M. Fine for the limited purpose of continuing the settlement negotiations telephonically.