1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8
9 Angel A Garcia,                                    No. CV-18-02590-PHX-JZB
10              Plaintiff,                           **ORDER**
11 v.
12 AVH Mortgage LLC, et al.,
13              Defendants.
14

15
16      On February 21, 2019, the parties participated in a settlement conference before
17 Magistrate Judge Deborah M. Fine, on referral from this Court. (Doc. 27.) on March 13,
18 2019, the parties filed a "Joint Motion for Referral Back to United States Magistrate Judge
19 Fine for Purposes of Continuing a Settlement Conference." (Doc. 30.) Therein, the parties
20 seek a Court order referring this matter back to Judge Fine "for the limited purpose of
21 engaging with her for a telephonic continuation of the settlement conference to see if the
22 matter can be resolved." (*Id.* at 1.) The parties "believe being able to seek Judge Fine's
23 assistance by telephone during the settlement negotiation may assist with a potential
24 resolution of the case." (*Id.*)
25      At this time, the Court will deny the parties' request to be referred for a supplemental
26 ///
27 ///
28 ///

telephonic settlement conference. The parties may, of course, discuss and pursue settlement of this action between themselves, or seek the assistance of an outside moderator.

Dated this 19th day of March, 2019.

Honorable John Z. Boyle
United States Magistrate Judge