*Law Offices of*
***BONNETT, FAIRBOURN,***
***FRIEDMAN & BALINT, P.C.***
*2325 E. Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*Telephone: (602) 274-1100*
*Ty D. Frankel (AZ Bar No. 027179)*
*tfrankel@bffb.com*

*Law Offices of*
***BONNETT, FAIRBOURN,***
***FRIEDMAN & BALINT, P.C.***
*600 W. Broadway, Suite 900*
*San Diego, California 92101*
*Telephone: (619) 756-7748*
*Patricia N. Syverson (AZ Bar No. 020191)*
*psyverson@bffb.com*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A. Garcia, a single man,<br><br>   Plaintiff,<br>v.<br><br>AVH Mortgage, LLC, an Arizona limited liability company; LoanDepot.com, LLC, a Delaware limited liability company,<br><br>   Defendants. | Case No. 2:18-cv-02590-JZB<br><br>**NOTICE OF DEPOSITION OF LISA FANCHER** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff Angel Garcia, by his attorney, will take the deposition of Lisa Fancher, at 9:30 a.m. on May 16, 2019 at Bonnett, Fairbourn, Friedman & Balint, P.C., 2325 E. Camelback Road, Suite 300, Phoenix, Arizona 85016.

The deposition will be before a person authorized by law to administer oaths and will continue from one day to the next, excluding Saturdays, Sundays, and holidays, until the examination is completed.

1  PLEASE TAKE FURTHER NOTICE that the deposition will be recorded by using the stenographic method, through the instant visual display of testimony, and the deposition will be conducted by video conference.

DATED: April 4, 2019.

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

  /s/ Ty D. Frankel
Ty D. Frankel
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Facsimile: (602) 798-5860

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Patricia N. Syverson
600 W. Broadway, Suite 900
San Diego, California 92101

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on April 4, 2019.

/s/*Karen Vanderbilt*