*Law Offices of*
***BONNETT, FAIRBOURN,***
***FRIEDMAN & BALINT, P.C.***
*2325 E. Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*Telephone: (602) 274-1100*
*Ty D. Frankel (AZ Bar No. 027179)*
*tfrankel@bffb.com*

*Law Offices of*
***BONNETT, FAIRBOURN,***
***FRIEDMAN & BALINT, P.C.***
*600 W. Broadway, Suite 900*
*San Diego, California 92101*
*Telephone: (619) 756-7748*
*Patricia N. Syverson (AZ Bar No. 020191)*
*psyverson@bffb.com*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A. Garcia, a single man, | Case No. 2:18-cv-02590-JZB |
| Plaintiff, | **NOTICE OF DEPOSITION OF KEN STROPKA** |
| v. | |
| AVH Mortgage, LLC, an Arizona limited liability company; LoanDepot.com, LLC, a Delaware limited liability company, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff Angel Garcia, by his attorney, will take the deposition of Ken Stropka, at 9:30 a.m. on May 17, 2019 at Bonnett, Fairbourn, Friedman & Balint, P.C., 2325 E. Camelback Road, Suite 300, Phoenix, Arizona 85016

The deposition will be before a person authorized by law to administer oaths and will continue from one day to the next, excluding Saturdays, Sundays, and holidays, until the examination is completed.

- 1 -

1     PLEASE TAKE FURTHER NOTICE that the deposition will be recorded by using
2 the stenographic method, through the instant visual display of testimony, and the deposition
3 will be conducted by video conference.

4     DATED: April 4, 2019.

                              BONNETT, FAIRBOURN, FRIEDMAN
                              & BALINT, P.C.

                              /s/ Ty D. Frankel
                              Ty D. Frankel
                              2325 E. Camelback Road, Suite 300
                              Phoenix, Arizona 85016
                              Telephone: (602) 274-1100
                              Facsimile: (602) 798-5860

                              BONNETT, FAIRBOURN, FRIEDMAN
                              & BALINT, P.C.
                              Patricia N. Syverson
                              600 W. Broadway, Suite 900
                              San Diego, California 92101

                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

17     I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed
18 through the ECF system will be electronically sent to the registered participants as identified
19 on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-
20 registered participants on April 4, 2019.

                              /s/*Karen Vanderbilt*