*Law Offices of*
***BONNETT, FAIRBOURN,***
***FRIEDMAN & BALINT, P.C.***
*2325 E. Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*Telephone: (602) 274-1100*
*Ty D. Frankel (027179)*
*tfrankel@bffb.com*

*Law Offices of*
***BONNETT, FAIRBOURN,***
***FRIEDMAN & BALINT, P.C.***
*600 W. Broadway, Suite 900*
*San Diego, California 92101*
*Telephone: (619) 756-7748*
*Patricia N. Syverson (020191)*
*psyverson@bffb.com*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Garcia, | Case No. CV-18-02590-PHX-JZB |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| AVH Mortgage LLC, et al., | |
| Defendants. | |

Plaintiff Angel Garcia through undersigned counsel, hereby notifies the Court that he served Plaintiff's Second Request for Production of Documents to Defendants upon counsel for Defendants by email and U.S. Mail on April 4, 2019.

DATED: April 4, 2019.

- 1 -

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

/s/ Ty D. Frankel
Ty D. Frankel
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: 602-274-1100
Facsimile: 602-798-5860

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Patricia N. Syverson
600 W. Broadway, Suite 900
San Diego, California 92101

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on April 4, 2019.

/s/ Karen Vanderbilt