*Law Offices of*
***BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.***
*2325 E. Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*Telephone: (602) 274-1100*
*Ty D. Frankel (027179)*
tfrankel@bffb.com

*Law Offices of*
***BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.***
*600 W. Broadway, Suite 900*
*San Diego, California 92101*
*Telephone: (619) 756-7748*
*Patricia N. Syverson (020191)*
psyverson@bffb.com

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Garcia, | Case No. CV-18-02590-PHX-JZB |
| Plaintiff, | **NOTICE OF SERVICE OF PLAINTIFF'S FIRST SUPPLEMENT TO MANDATORY INITIAL DISCOVERY RESPONSES** |
| v. | |
| AVH Mortgage LLC, et al., | |
| Defendants. | |

Plaintiff, Angel Garcia, through undersigned counsel, hereby notifies the Court that he served Plaintiff's First Supplement to Mandatory Initial Discovery Responses upon counsel for Defendant by U.S. Mail on April 18, 2019.

DATED: April 18, 2019.

|   |   |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 2 | /s/ Ty D. Frankel |
| 3 | Ty D. Frankel<br>2325 E. Camelback Road, Suite 300 |
| 4 | Phoenix, Arizona 85016<br>Telephone: 602-274-1100 |
| 5 | Facsimile: 602-798-5860 |
| 6 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 7 | Patricia N. Syverson<br>600 W. Broadway, Suite 900 |
| 8 | San Diego, California 92101 |
| 9 | Attorneys for Plaintiff |

**CERTIFICATE OF SERVICE**

I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on April 18, 2019.

/s/ Karen Vanderbilt