1   Tracy A. Miller, SBN 015920
2   Douglas (Trey) Lynn, SBN 028054
    OGLETREE, DEAKINS, NASH,
3   SMOAK & STEWART, P.C., #00504800
    2415 East Camelback Road, Suite 800
4   Phoenix, Arizona 85016
5   Telephone:  (602) 778-3700
    Tracy.Miller@ogletreedeakins.com
6   Trey.Lynn@ogletreedeakins.com

7   Attorneys for Defendant

8
                **IN THE UNITED STATES DISTRICT COURT**
9
                    **FOR THE DISTRICT OF ARIZONA**
10

11  Angel A. Garcia, a single man,              No. CV-18-02590-PHX-JZB

12                  Plaintiff,                  **NOTICE OF SERVICE OF**
                                                **DISCOVERY**
13          vs.

14
    AVH Mortgage, LLC, an Arizona limited
15  liability company; LoanDepot.com, LLC,
    a Delaware limited liability company,
16
17                  Defendants.

18
         NOTICE  IS  HEREBY  GIVEN  that  Defendants  AVH  Mortgage,  LLC  and
19
    loanDepot.com, LLC ("Defendants"), by and through undersigned counsel, served on
20
    Plaintiff's  counsel  Defendants'  Amended  Response  to  Plaintiff's  First  Set  of  Non-
21
    Uniform Interrogatories by electronic mail, on May 20, 2019.
22
         DATED this 20th day of May 2019.
23
24                          Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

25
26                          By: s/ Douglas (Trey) Lynn
                                Tracy A. Miller
27                              Douglas (Trey) Lynn
                                2415 East Camelback Road, Suite 800
28                              Phoenix, Arizona 85016
                                Attorneys for Defendants