*Law Offices of*
**BONNETT, FAIRBOURN,**
**FRIEDMAN & BALINT, P.C.**
*2325 E. Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*Telephone: (602) 274-1100*
*Ty D. Frankel (AZ Bar No. 027179)*
*tfrankel@bffb.com*

*Law Offices of*
**BONNETT, FAIRBOURN,**
**FRIEDMAN & BALINT, P.C.**
*600 W. Broadway, Suite 900*
*San Diego, California 92101*
*Telephone: (619) 756-7748*
*Patricia N. Syverson (AZ Bar No. 020191)*
*psyverson@bffb.com*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A. Garcia, a single man, | Case No. 2:18-cv-02590-JZB |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT RE: SETTLEMENT TALKS** |
| AVH Mortgage, LLC, an Arizona limited liability company; LoanDepot.com, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to the Court's Scheduling Order at Doc. 21, the parties, through undersigned counsel, inform the Court that the parties have engaged in good faith settlement talks and continue to do so. The parties participated in a settlement conference before Magistrate Judge Deborah M. Fine on February 21, 2019 and although the case has not resolved, the parties are continuing to negotiate. A mediation is currently scheduled for July 24, 2019 before mediator Lawrence H. Fleischman. Assistance of the Court is not requested at this time.

DATED: June 18, 2019.

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

　/s/Ty D. Frankel　
Ty D. Frankel
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: 602-274-1100
Facsimile: 602-798-5860

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Patricia N. Syverson
600 W. Broadway, Suite 900
San Diego, California 92101

Attorneys for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

　/s/ Tracy A. Miller (w/permission)　
Tracy A. Miller
Douglas (Trey) Lynn
Esplanade Center III
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on June 18, 2019.

/s/ Karen Vanderbilt