Tracy A. Miller, SBN 015920
Douglas (Trey) Lynn, SBN 028054
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:  (602) 778-3700
Tracy.Miller@ogletreedeakins.com
Trey.Lynn@ogletreedeakins.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A. Garcia, a single man, | No. CV-18-02590-PHX-JZB |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| AVH Mortgage, LLC, an Arizona limited liability company; LoanDepot.com, LLC, a Delaware limited liability company, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendants AVH Mortgage, LLC and loanDepot.com, LLC ("Defendants"), by and through undersigned counsel, served on Plaintiff's counsel Defendants' First Set of Interrogatories and First Requests for Production of Documents by electronic mail and U.S. mail on June 18, 2019.

DATED this 19th day of June 2019.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.


By: s/ Douglas (Trey) Lynn
    Tracy A. Miller
    Douglas (Trey) Lynn
    2415 East Camelback Road, Suite 800
    Phoenix, Arizona 85016
    Attorneys for Defendants