*Law Offices of*
**BONNETT, FAIRBOURN,**
**FRIEDMAN & BALINT, P.C.**
*2325 E. Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*Telephone: (602) 274-1100*
*Ty D. Frankel (AZ Bar No. 027179)*
*tfrankel@bffb.com*

*Law Offices of*
**BONNETT, FAIRBOURN,**
**FRIEDMAN & BALINT, P.C.**
*600 W. Broadway, Suite 900*
*San Diego, California 92101*
*Telephone: (619) 756-7748*
*Patricia N. Syverson (AZ Bar No. 020191)*
*psyverson@bffb.com*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A. Garcia, a single man,<br><br>          Plaintiff,<br>v.<br><br>AVH Mortgage, LLC, an Arizona limited liability company; LoanDepot.com, LLC, a Delaware limited liability company,<br><br>          Defendants. | Case No. 2:18-cv-02590-JZB<br><br>**NOTICE OF DEPOSITION OF BARRY THOMPSON** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff Angel Garcia, by his attorney, will take the deposition of Barry Thompson, at 9:00 a.m. on July 31, 2019 at Bonnett, Fairbourn, Friedman & Balint, P.C., 2325 E. Camelback Road, Suite 300, Phoenix, Arizona 85016.

The deposition will be before a person authorized by law to administer oaths and will continue from one day to the next, excluding Saturdays, Sundays, and holidays, until the examination is completed.

1    PLEASE TAKE FURTHER NOTICE that the deposition will be recorded by using

2  the stenographic method, through the instant visual display of testimony, and the deposition

3  will be conducted by video conference.

4    DATED:  June 28, 2019.

5                                                    BONNETT, FAIRBOURN, FRIEDMAN
                                                     & BALINT, P.C.
6

7                                                      /s/Ty D. Frankel
                                                     Ty D. Frankel
8                                                    2325 E. Camelback Road, Suite 300
                                                     Phoenix, Arizona 85016
9                                                    Telephone: (602) 274-1100
                                                     Facsimile: (602) 798-5860
10

11                                                   BONNETT, FAIRBOURN, FRIEDMAN
                                                     & BALINT, P.C.
12                                                   Patricia N. Syverson
                                                     600 W. Broadway, Suite 900
13                                                   San Diego, California 92101

14                                                   Attorneys for Plaintiff

15
                                **CERTIFICATE OF SERVICE**
16

17    I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed

18  through the ECF system will be electronically sent to the registered participants as identified

19  on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-

20  registered participants on June 28, 2019.

21

22                                                     /s/ Ty D. Frankel

23

24

25

26

27

28
                                            - 2 -