*Law Offices of*
**BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, P.C.**
*2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Ty D. Frankel (AZ Bar No. 027179)
tfrankel@bffb.com*

*Law Offices of*
**BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, P.C.**
*600 W. Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 756-7748
Patricia N. Syverson (AZ Bar No. 020191)
psyverson@bffb.com*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A. Garcia, a single man,<br><br>Plaintiff,<br>v.<br><br>AVH Mortgage, LLC, an Arizona limited liability company; LoanDepot.com, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:18-cv-02590-JZB<br><br>**NOTICE OF DEPOSITION OF DEFENDANT THROUGH DESIGNATED WITNESSES PURSUANT TO FED. R. CIV. P. 30(b)(6)** |

Please take notice that Plaintiff in the above captioned matter will take the deposition upon oral examination pursuant to Fed. R. Civ. P. 30(b)(6) of Defendants AVH Mortgage, LLC and LoanDepo.com (collectively "Loan Depot"), with regard to the subjects described below.

Pursuant to Rule 30(b)(6), Loan Depot must designate one or more officers, directors, managing agents or other persons to appear on its behalf and to testify at this deposition. Each person appearing on behalf of Loan Depot shall testify and be deposed as

to those subjects described below for which the witness is designated. If Loan Depot designates a separate deponent with respect to any described matter for examination, Loan Depot should advise Plaintiff prior to the deposition concerning the identity of each witness and the subject(s) on which each witness has been designated to testify on behalf of Loan Depot.

PLEASE TAKE NOTICE that the deposition described herein shall commence at 9:00 a.m. on August 7, 2019, at Bonnett, Fairbourn, Friedman & Balint, P.C., 2325 E. Camelback Road, Suite 300, Phoenix, Arizona 85016.

PLEASE TAKE FURTHER NOTICE that the deposition will be recorded by using the stenographic method, through the instant visual display of testimony, and the deposition will be conducted by video conference.

**DEFINITIONS**

1. "All," "any," and "each" shall be read to be all-inclusive and to require the production of each and every document responsive to the category in which such term appears.

2. "And" or "or," and any other conjunctions or disjunctions used herein shall be read both conjunctively and disjunctively, so as to require the production of all documents responsive to all or any part of each request for production in which any conjunction or disjunction appears.

3. "Communicate" and "Communication" means every manner or means of disclosure, transfer, or exchange of information, including the transmission and receipt of information of any kind (in the form of facts, ideas, inquiries, or otherwise), by or through any means, including, but not limited to, speech, writings, language (machine, foreign, or otherwise), computer electronics of any kind (including, but not limited to, e-mail, text messaging, or instant messaging), magnetic tape, videotape, graphs, symbols, signs, magnetic or optical disks, "floppy disks," compact discs, CD-ROM disks, sound, radio or video signals, telecommunication, telephone, teletype, facsimile, telegram, microfilm,

microfiche, photographic film of all types, or other media of any kind. The terms Communicate and Communication also include, without limitation, all Documents (as defined below) and all inquiries, discussions, conversations, correspondence, negotiations, agreements, understandings, meetings, notices, requests, responses, demands, complaints, or press, publicity, or trade releases.

4. *"Computer"* means all devices utilizing microchips to facilitate processing, analysis, or storage of Data, including microcomputers (also known as personal computers), laptop computers, portable computers, notebook computers, palmtop computers (also known as personal digital assistants or PDA's), microcomputers and mainframe computers.

5. "Date" shall mean the exact date, month and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

6. "Documents" is a broadly inclusive term referring to any and all written or other graphic material, however produced or reproduced, of every kind and description and to everything upon which sounds, words, symbols or pictures are recorded or depicted by printed, electronic, and/or photographic means and/or produced by hand or otherwise. The term includes, by way of example and not limitation, the following and anything similar to any of the following:

    a. Notes, correspondence, electronic mail, notebooks of any character, summaries or records of personal conversations, press releases and other media statements, diaries, telegrams, memoranda, reports, charts, drawings, sketches, interoffice correspondence and any other forms of correspondence and written communication of any nature (including e-mails or postings on Internet websites or bulletin boards);

    b. Records of meetings, minutes, reports and/or summaries of interviews, reports and/or summaries of investigations, opinions or reports of consultants;

    c. Agreements, contracts, policies, handbooks, practice guidelines, reports, studies, records, books, journals, papers, statements, pamphlets, circulars,

brochures, advertisements, publications, trade letters, press releases, forms, postings, stenographic notebooks, files and their contents, file folders, file covers, file jackets, and notes;

   d. Summaries, abstracts, indexes, tabulations, graphs, charts, lists, inventories, or other data compilations of any kind;

   e. Calendars, desk calendars, appointment books, schedules, logs, telephone messages, diaries, time sheets, minutes of meetings, and transcripts;

   f. Financial statements, checks, invoices, accounting records and books, timesheets, and billing records;

   g. Pleadings, deposition transcripts, trial transcripts, interrogatories, answers to interrogatories, affidavits, declarations, papers filed or lodged with courts, and papers filed with or sent to administrative agencies; and

   h. Audio and video recordings, sound reproductions, objects, photographs, motion pictures, microfilm, computer data stored on magnetic tape, computer printouts, data processing cards or tapes, and computer disks, compact discs, and diskettes.

  7. "Electronic" means relating to technology having electrical, digital, magnetic, wireless, optical, electromagnetic, or similar capabilities.

  8. "Electronic Data," "Data" or "Data Elements" means the original (or identical duplicate when the original is not available) and any non-identical copies (whether non-identical because of notes made on copies or attached comments, annotations, marks, transmission notations, or highlighting of any kind) of writings of every kind and description whether inscribed by mechanical, facsimile, electronic, magnetic, digital, or other means.  Electronic Data includes, by way of example only, computer programs (whether private, commercial, or work-in-progress), programming notes or instructions, activity listings of electronic mail receipts and/or transmittals, output resulting from the use of any software program, including word processing documents, spreadsheets, Database

files, charts graphs and outlines electronic mail, operating systems, source code of all types, peripheral drivers, PIF files, batch files, ASCII files, .pdf (portable document format) files, and any and all miscellaneous files and/or file fragments, regardless of the media on which they reside and regardless of whether said electronic data consists in an active file, deleted file or file fragment. Electronic Data includes any and all items stored on computer memories, hard disks, floppy disks, CD-ROMS, removable media such as Zip disks, Jaz cartridges, Bernoulli Boxes and their equivalent, magnetic tapes of all types, microfiche, punched cards, punched tape, computer chips, including, but not limited to EPROM, PROM, RAM and ROM, on or in any other vehicle for digital data storage and/or transmittal. The term Electronic Data also includes the file, folder tabs and/or containers and labels appended to, or associated with, any physical storage device associated with each original and/or copy.

   9. *"*Electronic Media" may include computer memories, hard disks, floppy disks, CDs, DVDs, removable media such as Bernoulli Boxes and/or their equivalent, magnetic tapes of all types, microfiche, punched cards, punched tape, computer chips, including, but not limited to EPROM, PROM, RAM and ROM, on or in any other vehicle for digital Data storage and/or transmittalElec.

   10. "Electronically stored information" means information that is stored in an electronic medium.

   11. "FLSA" means the Fair Labor Standards Act.

   12. "Identify" when used in reference to a person, means that person's: (1) name; (2) title or position; (3) present or last known business and home address; (4) present or last known employer; and (5) if any employee or officer of any party, the person's present title and area of responsibility.

   13. "Identify," "Identifying," or "Identification," when used in reference to a Document, means the date, the author, the addressee(s), type of document (e.g., letter, memorandum, chart, email, etc.), the name and address of the present custodian of all copies

thereof, and any other descriptive data identifying it with sufficient particularity to meet the requirement of a request for production documents pursuant to Section 2031 of the California Code of Civil Procedure.

14. "Individual" means any person (of any gender), firm, corporation, unincorporated association, governmental departmental or agency, or other organization.

15. "Litigation" means the litigation captioned *Garcia v. AVH Mortgage, LLC, et al.,* Case No. 18-cv-02590-JZB, pending in the United States District Court, District of Arizona.

16. As used herein, the terms "Defendant," "Loan Depot," "you" and "your" means each individual Defendant and any of its agents, assigns, employees, principals, representatives, officers, directors, successors, heirs and attorneys.

17. "Network" means any hardware and/or software combination that connects two or more computers together and allows the computers to share and/or transfer Data between them.  For the purposes of this definition, the connection between or among the computers need not be either physical or direct, this definition includes, i.e., wireless networks, and sharing and/or transferring Data via indirect routes utilizing modems and phone company facilities.  In addition, there need not be a central file or Data server or a central network operating system in place, *i.e.,* peer-to-peer networks and networks utilizing a mainframe host to facilitate Data transfer.

18. "Relates" or "related to" or "concerning" or "referred to" means discussing, describing, constituting, considering, embodying, evidencing, memorializing, concerning, explaining, mentioning, identifying, evaluating, reviewing, reporting on, commenting on, quantifying, addressing, dealing with, summarizing, listing, reflecting, analyzing, refuting, or supporting the subject matter of the request, whether legally, factually, or otherwise.

19. "Representatives" means any past or present, officers, directors, partners, employees, servants, managers/Managers, subsidiaries, parents, affiliates, related entities, agents, predecessors, or successors-in-interest, assigns, any other Individuals designated to

act with the authority of or on behalf of another Individual, and/or any corporation, company, partnership, organization, subsidiary, or other entity that is owned or operated, directly or indirectly by that Individual.

## DEPOSITION SUBJECT MATTER

- All policies regarding the payment of overtime for loan officers who worked in the same department as Plaintiff, including but not limited to policies and practices related to on call time.

- All policies pertaining to loan officer licensure as it relates to Plaintiff and the loan officers in the same department as Plaintiff, including but not limited to the investigation of licensure compliance resulting from Plaintiff's complaints about licensure during his employment.

- All facts and circumstances relating to Plaintiff's termination of employment, including but not limited to any meetings or teleconferences regarding Plaintiff's termination and the facts resulting in his termination.

- All facts relating to Plaintiff's complaints about performing work as a loan officer in states where he was not licensed and any subsequent investigation.

- All facts relating to Plaintiff's complaints about overtime and any subsequent investigation.

- All facts and circumstances relating to the separation from employment of loan officers in Plaintiff's department from January 1, 2017 to the present.

DATED: June 28, 2019.

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.

   /s/Ty D. Frankel
Ty D. Frankel
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Facsimile: (602) 798-5860

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Patricia N. Syverson

- 7 -

600 W. Broadway, Suite 900
San Diego, California 92101

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on June 28, 2019.

/s/Karen Vanderbilt