Tracy A. Miller, SBN 015920
Douglas (Trey) Lynn, SBN 028054
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:  (602) 778-3700
Tracy.Miller@ogletreedeakins.com
Trey.Lynn@ogletreedeakins.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A. Garcia, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>AVH Mortgage, LLC, an Arizona limited liability company; LoanDepot.com, LLC, a Delaware limited liability company,<br><br>Defendants. | No. CV-18-02590-PHX-JZB<br><br>**NOTICE OF TAKING DEPOSITION** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, Federal Rules of Civil Procedure, Defendants will take the deposition of the person named below, upon oral examination by stenographic and videographic recording means, at the time and place stated below before an officer authorized by law to administer oaths:

**PERSON TO BE EXAMINED:**  Plaintiff Angel Garcia
**DATE/TIME OF EXAMINATION:**  Friday, July 26, 2019
beginning at 10:00 a.m.
**PLACE OF EXAMINATION:**  Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016

Said deposition will continue from day-to-day thereafter, Saturdays, Sundays, and holidays excepted, until completed, unless otherwise agreed by the parties.

DATED this 1st day of July 2019.

                              Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

                              By     s/Tracy A. Miller
                                   Tracy A. Miller
                                   Douglas (Trey) Lynn
                                   2415 East Camelback Road, Suite 800
                                   Phoenix, Arizona 85016
                                   Attorneys for Defendants

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

2

1
2  COPIES emailed to:
3  Herder and Associates
   Marty@ CourtReportersAz.com
4  Ann@CourtReportersAz.com
5  K-Video, Inc.
6  video@k-video.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700