*Law Offices of*
***BONNETT, FAIRBOURN,***
***FRIEDMAN & BALINT, P.C.***
*2325 E. Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*Telephone: (602) 274-1100*
*Ty D. Frankel (AZ Bar No. 027179)*
*tfrankel@bffb.com*

*Law Offices of*
***BONNETT, FAIRBOURN,***
***FRIEDMAN & BALINT, P.C.***
*600 W. Broadway, Suite 900*
*San Diego, California 92101*
*Telephone: (619) 756-7748*
*Patricia N. Syverson (AZ Bar No. 020191)*
*psyverson@bffb.com*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Angel A. Garcia, a single man,<br><br>  Plaintiff,<br>v.<br><br>AVH Mortgage, LLC, an Arizona limited liability company; LoanDepot.com, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No. 2:18-cv-02590-JZB<br><br>**JOINT NOTICE OF SETTLEMENT** |

The parties, through undersigned counsel, hereby notify the Court that they have agreed to settle this lawsuit.  The parties are in the process of finalizing settlement papers, and as soon as all necessary documents have been finalized and executed as needed, a joint motion for approval will be filed with the Court.

DATED:  July 25, 2019.

. . .

. . .

- 1 -

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.

/s/Ty D. Frankel
Ty D. Frankel
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: 602-274-1100
Facsimile: 602-798-5860

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Patricia N. Syverson
600 W. Broadway, Suite 900
San Diego, California 92101

Attorneys for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

/s/Tracy A. Miller (w/permission)
Tracy A. Miller
Douglas (Trey) Lynn
Esplanade Center III
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on July 25, 2019.

/s/Karen Vanderbilt