**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Angel A. Garcia,<br><br>  Plaintiff,<br><br>v.<br><br>AVH Mortgage LLC, et al.,<br><br>  Defendants. | No. CV-18-02590-PHX-JZB<br><br>**ORDER** |

On July 25, 2019, Plaintiff Angel Garcia filed a Notice of Settlement. (Doc. 47.)

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall dismiss this matter with prejudice on **August 26, 2019** unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 26th day of July, 2019.

Honorable John Z. Boyle
United States Magistrate Judge