# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A. Garcia, a single man,<br><br>Plaintiff,<br>v.<br><br>AVH Mortgage, LLC, an Arizona limited liability company; LoanDepot.com, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:18-cv-02590-JZB<br><br>**[PROPOSED] ORDER RE JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISS LAWSUIT WITH PREJUDICE** |

A Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice, having been filed by the parties in the above-captioned action, and good cause appearing therefore,

IT IS HEREBY ORDERED approving the Settlement Agreement attached as Exhibit 1 to the Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice, as a fair and equitable resolution of this action.

IT IS FURTHER ORDERED that this action is dismissed with prejudice with each party to bear their own attorneys' fees and costs, except as otherwise provided in the Settlement Agreement.