# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel A Garcia,<br><br>          Plaintiff,<br><br>v.<br><br>AVH Mortgage LLC, et al.,<br><br>          Defendants. | No. CV-18-02590-PHX-JZB<br><br>**ORDER** |

On July 25, 2019, Plaintiff Angel Garcia filed a Notice of Settlement. (Doc. 48.) On July 26, 2019, the Court issued an Order directing the Clerk of Court to dismiss this matter with prejudice on August 26, 2019 unless a stipulation to dismiss was filed prior to the dismissal date. (Doc. 48.) On August 23, 2019, the parties filed a Joint Request for Extension of Time to File Stipulation to Dismiss. (Doc. 49.) The parties requested an additional 4 days, up to and including August 30, 2019, to file their joint motion to approve the settlement and dismiss this matter. (*Id.*) On August 27, 2019, the parties filed a Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice. (Doc. 50.) The Court will grant the parties' Stipulation and consider the Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice as timely filed.

Accordingly,

**IT IS ORDERED** that the Joint Request [Stipulation] for Extension of Time to File Stipulation to Dismiss (Doc. 49) is **granted**. The Court will consider the parties' Joint

Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice at Doc. 50 as timely filed.

Dated this 5th day of September, 2019.

_____
Honorable John Z. Boyle
United States Magistrate Judge